**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1048**

TIMOTHY E. TWEED,

        Plaintiff - Appellant,

     v.

RAPPAHANNOCK REGIONAL JAIL; RAPPAHANNOCK REGIONAL JAIL
AUTHORITY; JOSEPH HIGGS, JR., Official and Individual Capacity; PHIL
GRIMES, Official and Individual Capacity; HUSTON NORRIS, Official and
Individual Capacity; KALEN DONALDSON, Official and Individual Capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. Liam O'Grady, District Judge. (1:16-cv-01164-LO-MSN)

Submitted: April 19, 2018                       Decided: April 24, 2018

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Everette Tweed, Appellant Pro Se. Alexander Francuzenko, COOK CRAIG &
FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Everette Tweed appeals the district court's orders: (1) granting summary judgment to Defendants in this action alleging discharge in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634 (West 2008 & Supp. 2017); and denying Tweed's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tweed v. Rappahannock Reg'l Jail*, No. 1:16-cv-01164-LO-MSN (E.D. Va. Dec. 14, 2017 & Jan. 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*